# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 16, 2014

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Drakes Bay Oyster Company, et al.
            v. Sally Jewell, Secretary of the Interior, et al.
           No. 13-1244
           (Your No. 13-15227)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on April 11, 2014 and placed on the docket April 16, 2014 as No. 13-1244.

                            Sincerely,

                            **Scott S. Harris**, Clerk

                            by

                            Melissa Blalock
                            Case Analyst